UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

LOMAR HOLDINGS, LLC,
NIDIA ROCIO HERNANDEZ, and
PREMIER AUTO SUPPLIES #1, LLC,
    Defendants.

Case No. 23-cv-62288-RS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, LOMAR HOLDINGS, LLC and PREMIER AUTO SUPPLIES #1, LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Stephanie Cari Mazzola
Stephanie Cari Mazzola (FBN: 77661)
Paul Octavio Lopez (FBN: 983314)
Brittany Lee Hynes (FBN: 1018589)
   *Attorneys for Lomar Holdings, LLC*
Tripp Scott, P.A.
110 SE 6th St., 15th Floor
Ft. Lauderdale, FL 33301
(954) 525-7500
SMC@TrippScott.com
POL@TrippScott.com
BLH@TrippScott.com

s/ Martha Rosa Mora
Martha Rosa Mora (FBN: 648205)
   *Attorney for Premier Auto Supplies*
Avila Rodriguez Hernandez Mena & Garro LLP
2525 Ponce de Leon Blvd., Ste. 1225
Coral Gables, Florida 33134
(305) 779-3560
MMora@AvilaLaw.com